JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUITA SIMMS,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF THE SOCIAL<br>SECURITY ADMINISTRATION,<br><br>    Defendant. | Case No. CV 09-4891 AN<br><br>JUDGMENT |

For the reasons set forth in the accompanying Order, it is hereby ADJUDGED AND DECREED THAT the Commissioner's final decision is reversed, and that this matter is remanded for further proceedings not inconsistent with this Order pursuant to Sentence Four of 42 U.S.C. §405(g).

DATED: May 20, 2010

                                      ARTHUR NAKAZATO<br>
                              UNITED STATES MAGISTRATE JUDGE