Suzanne C. Leidner
LEIDNER & LEIDNER
4622 Hollywood Blvd.
Los Angeles, CA 90027
Tel: (323) 664-5670
Fax:(323)662-0840
State Bar of California #090387

Attorney for Plaintiff
MARQUITA SIMMS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MARQUITA SIMMS | CASE NO.: CV 09 4891 AN |
| Plaintiff | Order Awarding EAJA Fees |
| vs. | |
| MICHAEL ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

   IT IS ORDERED that based upon the parties Stipulation for the Award and Payment of Equal Access to Justice (EAJA) Fees, Plaintiff shall be awarded attorney fees under EAJA in the amount of FORTY-FIVE HUNDRED DOLLARS and 00/cents ($4,500.00), as authorized by 28 U.S.C. 2412(d), and subject to the terms of the above-referenced Stipulation.

DATED:  December 8, 2010

                    /s/   ARTHUR NAKAZATO
                    ARTHUR NAKAZATO
                    UNITED STATES MAGISTRATE JUDGE